# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **YVETTE VALLIER,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 20-2312-KHV |
| | ) | |
| **MARIA C. DAVILA, M.D. d/b/a** | ) | |
| **AWAKENINGS KC and MIDWEST** | ) | |
| **PSYCHIATRIC PA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On October 23, 2020, the Court ordered the parties to show good cause in writing why the Court should not decline to exercise supplemental jurisdiction over plaintiff's remaining claim. Order To Show Cause (Doc. #25). The Court set November 6, 2020 as the deadline for response. Id. No party responded. For substantially the reasons stated in the Order To Show Cause, the Court remands this action to the District Court of Johnson County, Kansas.

**IT IS THEREFORE ORDERED that this action is REMANDED to the District Court of Johnson County, Kansas.**

Dated this 12th day of November, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge